UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| HENRY YOUNG, | ) | |
| Petitioner, | ) ) ) | CASE NO. C08-1256-JCC-JPD |
| v. | ) ) | |
| STATE OF WASHINGTON, | ) ) | ORDER DISMISSING § 2254 PETITION WITHOUT PREJUDICE |
| Respondent. | ) ) | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2254 petition (Dkt. No. 4) is DISMISSED without prejudice.

(3) The Clerk shall send a copy of this Order to petitioner and to Judge Donohue.

DATED this 14th day of October, 2008.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE